tiffs' response to Ms. Bickle's motion for summary judgment failed to conform with Rule 74.04(c)(2) and 2) granting Ms. Bickle's motion for summary judgment because she failed to negate genuine issues of material fact.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

ineffective for failing to file a motion for a speedy trial. We have reviewed the briefs of the parties and the record on appeal. The motion court's ruling was based upon findings and conclusions that are not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum for their use only explaining the reasons for this decision. The judgment is affirmed pursuant to Rule 84.16(b).

Dominic LACASTRO, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77920.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 13, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and TEITELMAN, J.

### ORDER

PER CURIAM.

Dominic Lacastro (hereinafter "Appellant") appeals from the denial of his Rule 29.15 motion for post-conviction relief. Appellant contends the trial court erred in denying his claim that trial counsel was

Larry POWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77957.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 13, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

### ORDER

Appellant, Larry Powell, was convicted of second degree assault and sentenced to seven years imprisonment. This court affirmed his conviction. *State v. Powell*, 996 S.W.2d 94 (Mo.App. E.D.1999). Powell now appeals from the judgment denying his Rule 29.15 motion for post-conviction